```
 1  Christopher B. Dolan, Esq. (SBN 165358)
    Quinton B. Cutlip, Esq. (SBN 168030)
 2  THE DOLAN LAW FIRM
    1438 Market Street
 3  San Francisco, California 94102
    Tel: (415) 421-2800
 4  Fax: (415) 421-2830
 5
    Attorneys for Plaintiff
 6  DAVID PRYOR aka LATIYA PRYOR
 7
 8                  UNITED STATES DISTRICT COURT
 9
                    NORTHERN DISTRICT OF CALIFORNIA
10
11
    DAVID J. PRYOR aka LATIYA PRYOR,  )  Case No.C-12-02696-EDL
12                                    )
                    Plaintiff,        )  [PROPOSED] ORDER ON
13                                    )  STIPULATION TO CONTINUE THE
        v.                            )  HEARING ON PLAINTIFF'S MOTION
14                                    )  FOR LEAVE TO AMEND THE
                                      )  COMPLAINT
15  CITY AND COUNTY OF SAN            )
    FRANCISCO; SAN FRANCISCO POLICE   )
16  DEPARTMENT; SAN FRANCISCO         )  Date: January 29, 2013
                                      )  Time: 9:00 a.m.
17  POLICE CHIEF GREG SUHR, individually )  Dept.:
    and in his official capacity; SAN )
18  FRANCISCO SHERIFF DEPARTMENT;     )
    former San Francisco Sheriff, MICHAEL )
19  HENNESSY, individually and in his official )
    capacity; San Francisco Acting Sheriff, )
20  VICKI HENNESSY, in her official capacity; )
21  DEPUTY SHERIFF SUTTER; DEPUTY     )
    SHERIFF MARTINEZ; and DOES 1 to 100. )
22                                    )
                    Defendants.       )
23                                    )
                                      )
24  _____ )
```

The parties stipulated and agreed to continue the hearing on Plaintiff's Motion for Leave to Amend the Complaint. They also stipulated and agreed to extend the deadlines for the opposition and reply. The hearing, originally January 29, 2013, is now set for <u>February 19, 2013</u>. Defendant's

1

[Proposed] Order on Stipulation to Move Hearing Date on Plaintiff's Motion for Leave to Amend the Complaint

1  Opposition is now due on <u>January 24, 2013</u>. Plaintiff's Reply to Defendant's Opposition is now
2  due on <u>January 31, 2013.</u>
3  **IT IS SO ORDERED.**
4  Dated: <u>January 3</u>, 2013

By <u>/s/ Elizabeth D. Laporte</u>
ELIZABETH D. LAPORTE
United States Magistrate Judge

[Proposed] Order on Stipulation to Move Hearing Date on Plaintiff's Motion for Leave to Amend the Complaint