1  Christopher B. Dolan, Esq. (SBN 165358)
   Quinton B. Cutlip, Esq. (SBN 168030)
2  THE DOLAN LAW FIRM
   1438 Market Street
3  San Francisco, California 94102
   Tel: (415) 421-2800
4  Fax: (415) 421-2830
5
   Attorneys for Plaintiff
6  DAVID PRYOR aka LATIYA PRYOR

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   DAVID J. PRYOR aka LATIYA PRYOR,     )   Case No.C-12-02696-EDL
12                                       )
                  Plaintiff,             )   **[PROPOSED]** ORDER ON
13                                       )   STIPULATION TO CONTINUE THE
       v.                                )   HEARING ON PLAINTIFF'S MOTION
14                                       )   FOR LEAVE TO AMEND THE
                                         )   COMPLAINT
15 CITY AND COUNTY OF SAN               )
   FRANCISCO; SAN FRANCISCO POLICE      )   Date: January 29, 2013
16 DEPARTMENT; SAN FRANCISCO            )   Time: 9:00 a.m.
   POLICE CHIEF GREG SUHR, individually )   Dept.:
17 and in his official capacity; SAN    )
   FRANCISCO SHERIFF DEPARTMENT;        )
18 former San Francisco Sheriff, MICHAEL)
   HENNESSY, individually and in his official )
19 capacity; San Francisco Acting Sheriff, )
   VICKI HENNESSY, in her official capacity; )
20 DEPUTY SHERIFF SUTTER; DEPUTY        )
   SHERIFF MARTINEZ; and DOES 1 to 100. )
21                                       )
                  Defendants.            )
22                                       )
   _____ )
23

24         The parties stipulated and agreed to continue the hearing on Plaintiff's Motion for Leave to

25 Amend the Complaint. They also stipulated and agreed to extend the deadlines for the opposition

26 and reply.  The hearing, originally January 29, 2013, is now set for <u>February 19, 2013</u>. Defendant's

27

28

                                             1
   [Proposed] Order on Stipulation to Move Hearing Date on Plaintiff's Motion for Leave to Amend the Complaint

1 | Opposition is now due on <u>January 24, 2013</u>. Plaintiff's Reply to Defendant's Opposition is now
2 | due on <u>January 31, 2013.</u>
3 | **IT IS SO ORDERED.**
4 | Dated: <u>  January 3  </u>, 2013
5 |
6 | By_____
7 | ELIZABETH D. LAPORTE
United States Magistrate Judge