```
 1  Christopher B. Dolan, Esq. (SBN 165358)
    Quinton B. Cutlip, Esq. (SBN 168030)
 2  THE DOLAN LAW FIRM
    1438 Market Street
 3  San Francisco, California 94102
    Tel: (415) 421-2800
 4  Fax: (415) 421-2830
 5
    Attorneys for Plaintiff
 6  DAVID PRYOR aka LATIYA PRYOR
 7
 8
 9              UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
11
12  DAVID J. PRYOR aka LATIYA PRYOR,  )  Case No. C-12-02696-EDL
                                      )
13                      Plaintiff,    )  [PROPOSED]
                                      )  STIPULATION AND ORDER TO
14          v.                        )  ALLOW PLAINTIFF TO FILE A FIRST
                                      )  AMENDED COMPLAINT TO ADD
15  CITY AND COUNTY OF SAN            )  SFSD DEPUTY CURLEY, STAR 1849,
    FRANCISCO; SAN FRANCISCO POLICE   )  SFSD DEPUTY GRANT, STAR 1343,
16  DEPARTMENT; SAN FRANCISCO         )  SFSD DEPUTY ROLD, STAR 2087,
    POLICE CHIEF GREG SUHR, individually )  SFPD OFFICER MACMAHON, STAR
17  and in his official capacity; SAN )  1932, AND SFPD OFFICER FOLTZ,
    FRANCISCO SHERIFF DEPARTMENT;     )  STAR 1971 AS DEFENDANTS AND TO
18  former San Francisco Sheriff, MICHAEL )  CLARIFY ALLEGATIONS IN THE
    HENNESSY, individually and in his official )  COMPLAINT AS AGREED BY THE
19  capacity; San Francisco Acting Sheriff, )  PARTIES.
20  VICKI HENNESSY, in her official capacity; )
    DEPUTY SHERIFF SUTTER; DEPUTY     )  Date: January 29, 2013
21  SHERIFF MARTINEZ; and DOES 1 to 100. )  Time: 9:00 a.m.
                                      )  Dept.:
22                                    )
23                      Defendants.   )
                                      )
24  _____ )
25
26                      STIPULATION
27  WHEREAS Plaintiff has identified defendants who were previously named in the litigation
28  as doe defendants.
```

1  WHEREAS the parties have met and conferred and Plaintiff has agreed to plead certain allegations with additional specificity and to remove certain previously named defendants in their individual capacity.

THE PARTIES HEREBY STIPULATE that Plaintiff may timely file the First Amended Complaint that is attached, hereto, as Exhibit "A." The First Amended Complaint identifies defendants who were previously identified as doe defendants. It also clarifies allegations Plaintiff's complaint and releases certain defendants in their individual capacity. Nothing in this stipulation is intended to limit or restrict any defendants' right to appropriately challenge the factual or legal claims in the First Amended Complaint.

SO STIPULATED:

Dated: February 7, 2013

THE DOLAN LAW FIRM

By_____
Christopher B. Dolan, Esq.
Quinton B. Cutlip, Esq.
Attorneys for Plaintiff

Dated: February 8, 2013

SAN FRANCISCO CITY ATTORNEY

By_____
James Hannawalt, Esq.
Warren Metlitzky, Esq.
Attorneys for Defendants

///
///

FEB-08-20... Case3:12-cv-02696-EDL Document29 Filed02/12/13 Page3 of 3 3837 P.03

## ~~[PROPOSED]~~ ORDER

Having considered the stipulation of the Parties, the Court finds good cause to allow Plaintiff to file the First Amended Complaint that is attached as Exhibit "A" to this stipulation and order. Plaintiff shall promptly file the First Amended Complaint. Defendants shall respond within the time period set by the Federal Rules of Civil Procedure.

The hearing on Plaintiff's Motion to file a First Amended Complaint, currently set for February 19, 2013, is off calendar.

Dated: February 11, 2013        By: 

IT IS SO ORDERED
Judge Elizabeth D. Laporte

---

3
Stipulation and Order To File First Amended Complaint

TOTAL P.03