DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
WARREN METLITZKY, State Bar #220758
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3913
Facsimile:    (415) 554-3837
E-Mail:       james.hannawalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SF POLICE CHIEF GREG SUHR in his official capacity only,
SF SHERIFF VICKI HENNESSY in her official capacity only,
DEPUTY SHERIFF CURLEY, DEPUTY SHERIFF ROLD,
DEPUTY SHERIFF GRANT, OFFICER MACMAHON,
OFFICER FOLTZ.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. PRYOR aka LATIYA PRYOR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO POLICE CHIEF GREG SUHR, individually and in his official capacity; SAN FRANCISCO SHERIFF DEPARTMENT; former San Francisco Sheriff, MICHAEL HENNESSY, individually and in his official capacity; San Francisco Acting Sheriff, VICKI HENNESSY, in her official capacity; DEPUTY SHERIFF SUTTER; DEPUTY SHERIFF MARTINEZ; and DOES 1 TO 100.<br><br>　　　　Defendants. | Case No. CV 12 2696 EDL<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ORDER FOR MENTAL AND PHYSICAL EXAMINATIONS OF PLAINTIFF**<br><br>Hearing Date:　　June 4, 2013<br>Time:　　　　　　9 a.m.<br>Place:　　　　　　Courtroom E, 15th Floor<br>　　　　　　　　　450 Golden Gate Ave.<br>　　　　　　　　　San Francisco<br><br>Trial Date:　　　November 4, 2013 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On June 4, 2013, Defendant City and County of San Francisco et al.'s Motion For Order Granting Motion For Order For Mental And Physical Examinations Of Plaintiff, came on regularly for hearing, the Honorable Elizabeth LaPorte, presiding. Quinton Cutlip appeared on behalf of Plaintiff David Pryor aka Latiya Pryor and Deputy City Attorney James Hannawalt and Deputy City Attorney Warren Metlitzky appeared on behalf of the City and individually named City defendants. After full consideration of the briefing and the arguments of counsel, this Court GRANTS the motion.

It is **ORDERED** that Plaintiff must appear June 7, 2013, starting at 9 a.m at the office of Dr. Joanna Berg, 5665 College Ave., Suite 240E, Oakland, California, 94618, unless otherwise mutually agreed to by the parties, and submit to a mental examination by Dr. Joanna Berg. The examination shall take no longer than six (6) hours excluding reasonable rest and food breaks. Dr. Berg may employ widely accepted written tests, in her discretion, including the MMPI-2, MCMI-III, Rorschach Inkblot Test, and Rotter Sentence Completion. The specific tests to be administered will be revealed at the time of the examination. Dr. Berg is authorized to conduct a clinical interview of Plaintiff designed to provide her with sufficient information to evaluate Plaintiff's condition and to assist her in interpreting test results. Dr. Berg may ask and Plaintiff shall answer questions regarding the events that are the subject of this action only to the extent necessary for Dr. Berg properly to evaluate Plaintiff's mental condition. No persons other than Plaintiff, Dr. Berg and necessary staff to assist Dr. Berg, may attend. The examination may be recorded.

5. Further, it is **ORDERED** that Plaintiff must appear June 6, 2013 at 11:45 a.m. 1750 El Camino Real, Suite 206, Burlingame, California, unless otherwise mutually agreed to by the parties, and submit to a physical examination by Nikolajs A. Lapins M.D., whose specialty is dermotology. The examination will be a physical examination of plaintiff's head and scalp. The doctor will touch the areas of his body that plaintiff claims to have injured by the removal of her hair weave at the San Francisco County Jail on July 13, 2011. The doctor will ask plaintiff questions about her claimed injuries, past treatment and use of hair weaves and hair products.

IT IS SO ORDERED.

Dated: June 13, 2013

_____
MAGISTRATE JUDGE, U.S. DISTRICT COURT