1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
3 | WARREN METLITZKY, State Bar #220758
JAMES F. HANNAWALT, State Bar #139657
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
6 | Telephone: (415) 554-3913
Facsimile: (415) 554-3837
7 | E-Mail: james.hannawalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
SF POLICE CHIEF GREG SUHR in his official capacity only,
SF SHERIFF VICKI HENNESSY in her official capacity only
DEPUTY SHERIFF CURLEY, DEPUTY SHERIFF ROLD,
DEPUTY SHERIFF GRANT, OFFICER MACMAHON,
OFFICER FOLTZ.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. PRYOR aka LATIYA PRYOR, | Case No. CV 12 2696 EDL |
| Plaintiff, | **[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT MSC** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO POLICE CHIEF GREG SUHR, in his official capacity; SAN FRANCISCO SHERIFF DEPARTMENT; former San Francisco Sheriff, MICHAEL HENNESSY, in his official capacity; San Francisco Sheriff, ROSS MIRKARIMI, in his official capacity; DEPUTY SHERIFF SUTTER; DEPUTY SHERIFF MARTINEZ; and DOES 1 TO 100. | Hearing Date: 7-23-13<br>Time: 10:00 AM<br>Place: 450 Golden Gate, 16th Floor<br><br>Trial Date: November 4, 2013 |
| Defendants. | |

[Proposed] Order Excusing Attendance at MSC        1        n:\lit\li2012\121212\00861760.doc
CASE NO. CV 12 2696 EDL

1   WHEREAS, this matter is set for mandatory settlement conference on July 22, 2013 before
2   Hon. Maria-Elena James, defendants request the individually named defendants other than Sheriff's
3   Deputy Curley be excused from attending the July 22, 2013 settlement conference.
4   Dated:  July 22, 2013

      */s/James F. Hannawalt*
      JAMES F. HANNAWALT
      Attorney for Defendants

## ORDER

WHEREAS  Sheriff's Deputy Rodriguez was the principal actor in removing plaintiff's hair piece and she will attend the mediation;

WHEREAS a representative from the San Francisco Sheriff's Department will attend the mediation;

IT IS ORDERED that individually named defendants other than Deputy Curley are excused from attending the July 23, 2013 settlement conference with Judge James.

Dated:   July 22, 2013

By:_____
MARIA-ELENA JAMES
Magistrate Judge of the U.S. District Court