Christopher B. Dolan, Esq. (SBN 165358)
Quinton B. Cutlip, Esq. (SBN 168030)
THE DOLAN LAW FIRM
1438 Market Street
San Francisco, California 94102
Tel: (415) 421-2800
Fax: (415) 421-2830

Attorneys for Plaintiff
DAVID PRYOR aka LATIYA PRYOR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID J. PRYOR aka LATIYA PRYOR,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO POLICE CHIEF GREG SUHR, individually and in his official capacity; SAN FRANCISCO SHERIFF DEPARTMENT; former San Francisco Sheriff, MICHAEL HENNESSY, individually and in his official capacity; San Francisco Acting Sheriff, VICKI HENNESSY, in her official capacity; DEPUTY SHERIFF SUTTER; DEPUTY SHERIFF MARTINEZ; and DOES 1 to 100.

Defendants.

Case No.C-12-02696-EDL

**STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE TO OCTOBER 28, 2013.**

**AND**

**[~~PROPOSED~~] ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE TO OCTOBER 28, 2013**

WHEREAS the Court scheduled a settlement conference in this case to be held on October 17, 2013 before the Hon. Nathanael M. Cousins.

WHEREAS, since June, 2013, Plaintiff's counsel, Quinton Cutlip, has been scheduled to be an arbitrator in a Kaiser arbitration that is scheduled from October 14, 2013 through October 17, 2013 and October 21, 2013 through October 22, 2013. WHEREAS Mr. Cutlip has recently

confirmed that the Kaiser arbitration is still scheduled to proceed on those dates and that the various parties and other arbitrators are scheduled and expect to proceed on those dates.

WHEREAS Plaintiff's counsel, Quinton Cutlip, contacted Judge Cousins' courtroom deputy and was advised that the Judge Cousins is available on October 28, 2013 to reschedule the settlement conference in this case.

THE PARTIES HEREBY STIPULATE to continue the settlement conference from Thursday, October 17, 2013 to Monday, October 28, 2013, at 9:30 a.m.

SAN FRANCISCO CITY ATTORNEY

Dated: October 8, 2013

By: [Electronically signed per written authority 10-8-13]
James Hannawalt, Esq.
Attorneys for Defendants.

THE DOLAN LAW FIRM

Dated: October 8, 2013

By: ______________
Quinton Cutlip, Esq
Attorneys for Plaintiff

**[~~PROPOSED~~]**
**ORDER CONTINUING ~~CASE MANAGEMENT~~ SETTLEMENT CONFERENCE**

Pursuant to the stipulation of the parties, the settlement conference that is currently scheduled for October 17, 2013 is hereby continued to **October 28, 2013**, at **9:30 a.m.**, in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties are referred to the Court's Settlement Conference Standing Order that was served with the initial order setting the October 17, 2013 settlement conference.

Dated: October 8, 2013

By______________
The Honorable Nathanael M. Cousins
Magistrate Judge, United States District Court
for the Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Nathanael M. Cousins