UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID PRYOR,

        Plaintiff,

   v.

CITY AND COUNTY OF
SAN FRANCISCO, et al.,

        Defendants.
_____/

Case No. 3:12-cv-02696 EDL (NC)

ORDER EXCUSING ATTENDANCE
AT SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated October 11, 2013, Deputy William Rold requested to be excused from personally appearing at the settlement conference scheduled for October 28, 2013. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Deputy Rold be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on October 28, 2013.

IT IS SO ORDERED.

Dated: October 15, 2013

_____
NATHANAEL M. COUSINS
United States Magistrate Judge