**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID J. PRYOR,                                    No. C -12-02696 EDL

        Plaintiff,                              **ORDER FOLLOWING SECOND**
                                                  **PRETRIAL CONFERENCE**

    v.

TEQUISHA CURLEY, et al.,

        Defendant.
                                      /

       At the second pretrial conference in this case on November 21, 2013, the Court ordered as follows:

1.    No later than December 2, 2013, the parties shall provide a finalized copy of the juror questionnaire.

2.    No later than the close of business on November 26, 2013, the parties shall provide a stipulation regarding Defendant's net worth.

3.    As stated at the pretrial conference, Defendant's Motion in Limine number 11 is granted.

4.    As stated at the pretrial conference, the parties will refrain from stating at trial that there was an "Internal Affairs" investigation of the incident at issue.  This resolves Defendant's Motion in Limine number 2.

5.    No later than December 2, 2013, the parties shall provide a stipulation to resolve Plaintiff's Motion in Limine number 1.

6.    Undersheriff Brin may testify in place of Captain Fisher if Brin provides a declaration similar to that provided by Fisher, and Defendant makes Brin available for deposition by Plaintiff before trial for approximately one hour.  The parties are encouraged to stipulate to additional time for the deposition if appropriate.

1     **IT IS SO ORDERED.**

2

Dated: November 25, 2013

3                            ELIZABETH D. LAPORTE
                            United States Chief Magistrate Judge

**United States District Court**
For the Northern District of California

2