DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
WARREN METLITZKY, State Bar #220758
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3913
Facsimile:     (415) 554-3837
E-Mail:         james.hannawalt@sfgov.org

Attorneys for Defendant
DEPUTY SHERIFF CURLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. PRYOR aka LATIYA PRYOR,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO POLICE DEPARTMENT; SAN FRANCISCO POLICE CHIEF GREG SUHR, in his official capacity; SAN FRANCISCO SHERIFF DEPARTMENT; former San Francisco Sheriff, MICHAEL HENNESSY, in his official capacity; San Francisco Sheriff, ROSS MIRKARIMI, in his official capacity; DEPUTY SHERIFF SUTTER; DEPUTY SHERIFF MARTINEZ; and DOES 1 TO 100.<br><br>    Defendants. | Case No. CV 12 2696 EDL<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF TEQUISHA CURLEY REGARDING NET WORTH** |

Order Re Admin Mo File Decl Under Seal          1          n:\lit\li2012\121212\00888335.doc
CASE NO. **CV 12 2696 EDL**

1   FOR GOOD CAUSE SHOWN, the Court grants Defendants' motion to file under seal the
2   declaration of Tequisha Curley Regarding Net Worth in Support of Statement Re: Stipulation
3   Regarding Tequisha Curley's Net Worth.
4   IT IS SO ORDERED.
5   Dated: 12/2/13

By: *[signature]*

ELIZABETH LAPORTE
United States Magistrate Judge