IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. PRYOR, | No. C -12-02696 EDL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TEQUISHA CURLEY, | |
| Defendant. | |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the jury verdict of December 17, 2013, judgment is entered in favor of Defendant.

**IT IS SO ORDERED**.

Dated: January 6, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge